UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLEN JENNINGS,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC., and MIDLAND FUNDING, LLC,

    Defendants.
_____/

Case No. 2:18-cv-12271

HONORABLE STEPHEN J. MURPHY, III

## ORDER CLOSING CASE

On July 19, 2018, Plaintiff Allen Jennings filed his complaint alleging Defendants Midland Credit Management, Inc. and Midland Funding, LLC violated the Fair Debt Collection Practices Act. ECF 1. Defendants answered the complaint. ECF 10. On October 9, 2018, Plaintiff filed a notice of settlement. ECF 15. On November 19, 2018, the parties filed a stipulated dismissal pursuant to Civil Rule 41. *See* ECF 16, PgID 79 (citing Fed. R. Civ. P. 41(a)(1)(A)(ii)). The stipulation dismissed Plaintiff's claims with prejudice and closed the case.

**WHEREFORE**, it is hereby **ORDERED** that the Clerk of Court shall **CLOSE** the case.

**SO ORDERED**.

                                                  s/ Stephen J. Murphy, III
                                                STEPHEN J. MURPHY, III
                                                United States District Judge

Dated: November 26, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 26, 2018, by electronic and/or ordinary mail.

2

                                                  <u>s/ David Parker</u>  
                                                  Case Manager